UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JIJIN HUANG,** | Civil Action No. 25-18213 (KSH) |
| Petitioner, | |
| v. | ORDER |
| **DIRECTOR DELANEY HALL DETENTION FACILITY, et al.,** | |
| Respondents. | |

This matter comes before the Court on Petitioner Jijin Huang's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention without bond by immigration authorities, (ECF No. 1), and a motion for a temporary restraining order, seeking to enjoin Respondents from transferring him out of this District and a hearing on the merits of the Petition. (ECF No. 2.) On December 10, 2025, the Court temporarily enjoined Respondents from transferring Petitioner outside this District or removing him from the United States and ordered them to show cause as to why the Court should not grant the Petition. (ECF No. 4.)

On December 16, 2025, Respondents timely filed a letter response (ECF No. 6), stipulating that Petitioner entered the United States without inspection or parole as alleged in the Petition and acknowledging that they are detaining him without bond based on the same statutory interpretation of 8 U.S.C. § 1225 set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025). (*Id.* at 1-2.)

The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Rivera Zumba*.

**IT IS** on this 17th day of December 2025,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within seven days of the date of this Order; and it is further

**ORDERED** that the motion for a TRO pending at ECF No. 2 shall be terminated in light of the relief provided; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of that proceeding, upon which the Court will close this matter and dissolve the temporary restraints.

*s/Katharine S. Hayden*
Katharine S. Hayden, U.S.D.J.